# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:13-cv-00121-LJO-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| JACK IN THE BOX, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Aurora Cervantes ("Plaintiff") filed a complaint on January 25, 2013, against Defendants Jack in the Box and Nader Lutfi (collectively "Defendants"). Although executed summonses were filed, Defendants failed to respond to the complaint.

On April 23, 2013, the Court vacated the scheduling conference set for April 30, 2013, and ordered Plaintiff to file a request for an entry of default against Defendants or a status report indicating whether Plaintiff intended to continue to prosecute the action. (Doc. 8.) On April 24, 2013, Plaintiff filed a request that the Clerk enter Defendants' defaults. (Doc. 9.) On the same day, the Clerk entered Defendants' defaults. (Doc. 10.).

On November 1, 2013, the Court ordered Plaintiff to file a motion for default judgment by no later than November 29, 2013. Plaintiff failed to file a motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. By no later than December 18, 2013, Plaintiff shall file a statement showing cause why this action should not be recommended for dismissal; and
2. If Plaintiff fails to file a statement, the Court will recommend that this action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: **December 4, 2013**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2