# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:13-cv-00121-LJO-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE A PROOF OF SERVICE AND SUPPLEMENTAL INFORMATION** |
| v. | |
| JACK IN THE BOX, et al., | (Docket No. 14) |
| Defendants. | |
| _____/ | |

On December 12, 2013, Plaintiff filed an "application for default judgment." (Doc. 14.) Pursuant to the U.S. District Court for the Eastern District of California's Local Rule 230(g), motions set on the Court's calendar must be noticed and served on the opposing party not less than twenty-eight (28) days prior to the date set for the hearing. No proof of service of Plaintiff's motion for default judgment which set a hearing date of January 29, 2014, was filed showing that Defendants were served with notice of Plaintiff's motion.

Additionally, Plaintiff's motion seeks an award of attorney's fees but indicates that the evidence supporting the fee request will be presented at the January 29, 2014, hearing. However, all information and evidence supporting the motion must be filed in advance of the hearing for the Court's review prior to the hearing and to provide Defendants knowledge of the basis for the fee request.

1      Accordingly, IT IS HEREBY ORDERED that by no later than December 31, 2013,
2 Plaintiff shall file all information in support of her motion for default judgment, including but not
3 limited to evidence regarding her requested attorney's fees, as well as a proof of service showing
4 that Defendants were served with notice of the motion and the date set for the hearing thereon.

IT IS SO ORDERED.

   Dated:   **December 20, 2013**                    **/s/ Sheila K. Oberto**
                                                                               UNITED STATES MAGISTRATE JUDGE