UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AURORA CERVANTES,                          CASE NO. CV F 13-0121 LJO SKO

                        Plaintiffs,        **ORDER TO SHOW CAUSE WHY**
                                           **DEFENDANTS SHOULD NOT BE**
            vs.                            **SANCTIONED**
                                           (Doc. 17.)

JACK IN THE BOX, et al.,

                        Defendants.

_____/


     This Court's January 10, 2014 order required the parties, no later than February 10, 2014, to file papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.  Russell Humphrey ("Mr. Humphrey"), counsel for plaintiff Aurora Cervantes, advised this Court of his concerns that defendants delay completion of settlement. As such, this Court surmises that defendants seek to delay resolution of this action and to vex plaintiff and this Court in disobedience of the January 10, 2014 order to subject defendants to sanctions.

     This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

     Accordingly, this Court ORDERS defendants, no later than February 18, 2014, to file papers to show cause why sanctions should not be imposed on them for failure to complete

1

settlement and/or for disobedience of the January 10, 2014 order.  As a sanction, this Court contemplates to impose a $1,000 sanction on each defendant and/or proceed to enter default judgment against them.  This order to show cause will be deemed discharged, if no later than Febuary 18, 2014, papers are filed to dismiss or conclude this action in its entirety.

This Court ORDERS Mr. Humphrey to serve a copy of this order on defendants and/or their counsel.

This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.


IT IS SO ORDERED.

Dated:  __**February 11, 2014**__            ____**/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE